**Dismissed and Opinion Filed October 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01034-CR

### THE STATE OF TEXAS, Appellant

### V.

### GILBERTO SOSTONES, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-75964-P**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Myers

The State has filed a motion to dismiss its appeal. The motion is approved by counsel for

the State. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
151034F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THE STATE OF TEXAS, Appellant

No. 05-15-01034-CR     V.

GILBERTO SOSTONES, Appellee

On Appeal from the 203rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-75964-P.
Opinion delivered per curiam before Justices
Bridges, Francis, and Myers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 23rd day of October, 2015.